F I L E D
Clerk
District Court

FEB 2 8 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

DEPARTMENT OF JUSTICE

**CERTIFICATE OF RELEASE OF LIEN**
IMPOSED PURSUANT TO THE ANTI-TERRORISM AND
EFFECTIVE DEATH PENALTY ACT OF 1996

UNITED STATES ATTORNEY'S OFFICE
FOR THE DISTRICT OF GUAM AND
THE DISTRICT FOR THE NORTHERN MARIANA ISLANDS

I hereby certify that as to the following named debtor the requirements of section 3613(a)(1) of Title 18 of the United States Code have been satisfied with respect to the judgment enumerated below, together with all statutory additions; and that the lien or Judgment was recorded on **March 1, 2005**, as File No. **05-723**, is hereby authorized to make notation on the books to show the release of said lien, insofar as the lien relates to the following imposition.

Name of Defendant:   Jin Yong Huang          Address:    People's Republic of China
          SSN:   none
          DOB:   XX-XX-1971

Court Imposing Judgment:   U.S. District Court for the Northern Mariana Islands

     Court Number:   CR 04-00029

Amount of Judgment:   $520.00

     Place of filing:   NMI

WITNESS my hand at Hagåtña, Guam, on this, the ___13th___ day of February, 2006..

_____
MARIVIC P. DAVID
Assistant U.S. Attorney