F I L E D
Clerk
District Court

(Rev. 08/02)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS

MAR 15 2006

**TRANSCRIPT DESIGNATION AND ORDERING FORM** For The Northern Mariana Islands
By_____ (Deputy Clerk)

U.S. Court of Appeals Case No. __05-10066__   U.S. District Court Case No. __CR-04-00029-002__

Short Case Title __U.S.A. v. Jin Yong Huang et al__

Date Notice of Appeal Filed by Clerk of District Court __Jan. 14, 2005__

## SECTION A - To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (Strike portion not desired) | |
|---|---|---|---|
| 9/20/04 | Sanae Shmull | Voir Dire | Tstmny of Lu, Guo Yan |
| 9/21/04 (continued) | Sanae Shmull | Opening Statements | Tstmny of Lu, Guo Yan |
| 9/21/04 | Sanae Shmull | Settlement Instructions | Tstmny of Yu, Su Man |
| 9/21/04 | Sanae Shmull | Closing Arguments | Tstmny of Xu, Yi Ming |
| 9/21/04 | Sanae Shmull | Jury Instructions | Tstmny of Joseph Auther |
| 9/22/04 (continued) | Sanae Shmull | Pretrial Proceedings | Tstmny of Joseph Auther |
| 9/22/04 | Sanae Shmull | Other (please specify) | Rdng of Exhibit to the Jury |
| 9/22/04 | Sanae Shmull | Hearing on Motion For Judgment of Acquittal | |

(attach additional page for designations if necessary)  pls. see attached page

☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention

☐ As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereon upon demand. I further agree to pay for work done prior to cancellation of this order.

☒ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __March 15, 2006__

Estimated date for completion of transcript _____

Type or Print Name __Danilo T. Aguilar__

Signature of Attorney __[signature]__   Phone Number __(670) 234-8801__

Address __P.O. Box 505301 Saipan, MP 96950__

**NOTE:** This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporters' transcripts. Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U.S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

**SPECIFIC INSTRUCTIONS:**
(1) Complete SECTION A, place additional designations on blank paper if needed
(2) Upon completion, bring ALL five parts to the Office of the Clerk, U.S. District Court, Northern Mariana Islands for filing
(3) Send COPY ONE to the Office of the Clerk, U.S. District Court, Northern Mariana Islands
(4) Send COPY TWO and COPY THREE to Court Reporter(s). Contact Court Reporter(s) to make further arrangements for payment and continue to monitor progress of transcript preparation
(5) Send COPY FOUR to all other parties (make copies if necessary)
(6) Keep COPY FIVE for your record

COPY ONE

page 2/Transcript Order and Designation Form

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 9/22/04 | Sanae Shmull | Jury Verdict |
| 1/10/05 | Sanae Shmull | Sentencing Hearing |