**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JIN SHI HUANG,<br><br>Defendant - Appellant. | No. 05-10066<br><br>D.C. No. CR-04-00029-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court

MAR 30 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Appellant's motion for an extension of time to designate transcripts until March 16, 2006 is granted. The transcript designation shall have been filed March 16, 2006. The transcripts are due April 17, 2006.

Appellant shall provide a copy of this order to the reporter(s) along with the designation.

The opening brief is due May 30, 2006; the answering brief is due June 29, 2006; and the optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena*
Lorela Bragado-Sevillena
Deputy Clerk
    Ninth Circuit Rule 27-7/Advisory Note
    to Rule 27 and Ninth Circuit Rule 27-10

pro 3.20