# ORIGINAL

FILED
Clerk
District Court

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

APR 13 2006

For The Northern Mariana Islands

By_____

(Deputy Clerk)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **APPEALS CASE NO. 05-10066** |
| ) | CRIMINAL CASE NO. 04-00029-002 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Garapan, Saipan |
| ) | Wednesday, September 22, 2004 |
| YAN, JIN SHI and ) | |
| HUANG, JIN YONG, ) | |
| ) | **VERDICT** |
| Defendant. ) | |
| _____ ) | |

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury

**APPEARANCES**:

For Plaintiff:        Jamie Bowers
                      Assistant United States Attorney
                      MARIANAS DISTRICT
                      Horiguchi Building, Third Floor
                      P. O. Box 500377
                      Saipan, MP 96950
                      Telephone: (670) 236-2986
                      Facsimile: (670) 236-2945

For Defendant:        Joseph James Norita Camacho
Mr. Jin Shi Yan       Attorney at Law
                      P. O. Box 5506
                      Saipan, MP 96950
                      Telephone: (670) 233-8536
                      Facsimile: (670) 233-8538

For Defendant:        Perry Borja Inos
Mr. Jin Yong Huang    Attorney at Law
                      P. O. Box 7762 SVRB
                      Saipan, MP 96950
                      Telephone: (670) 235-9006
                      Facsimile: (670) 235-9007