**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | APPEALS CASE NO. 05-100066 |
| ) | CRIMINAL CASE NO. 04-00029-002 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Garapan, Saipan |
| ) | January 10, 2005 |
| JIN YONG HUANG, ) | |
| ) | |
| Defendant. ) | **SENTENCING** |
| ) | |

FILED
Clerk
District Court

APR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BEFORE THE HONORABLE ALEX R. MUNSON
CHIEF JUDGE, UNITED STATES DISTRICT COURT
FOR THE NORTHERN MARIANA ISLANDS and Jury

**APPEARANCES:**

For Plaintiff:        Jamie Bowers
                      Assistant United States Attorney
                      MARIANAS DISTRICT
                      Horiguchi Building, Third Floor
                      P. O. Box 500377
                      Saipan, MP 96950
                      Telephone: (670) 236-2986
                      Facsimile: (670) 236-2945

For Defendant:        Perry Borja Inos
  Mr. Jin Yong Huang  Attorney at Law
                      P. O. Box 7762 SVRB
                      Saipan, MP 96950
                      Telephone: (670) 235-9006
                      Facsimile: (670) 235-9007

Present       :       Defendants Mr. Jin Yong Huang

Interpreter :         Ms. Yumei Xie

---

*SANAE N. SHMULL*
Official Court Reporter
P. O. BOX 5128
SAIPAN, MP 96950