ORIGINAL

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 26 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10066 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00029-ARM |
| v. | District of the Northern Mariana Islands |
| JIN SHI HUANG, | ORDER |
| Defendant - Appellant. | |

FILED
Clerk
District Court

JUN -1 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

Before: PREGERSON, TALLMAN and CALLAHAN, Circuit Judges.

On March 14, 2006, the court ordered appellant's former appointed counsel, Perry B. Inos, Esq., to show cause why he should not be sanctioned for failing to comply with this court's rules and orders. Counsel has not filed a response.

A monetary sanction in the amount of $1,000.00 is imposed on attorney Inos for failure to comply with this court's rules and orders. The sanction is imposed as a judgment and shall be paid to the Clerk of this Court within 21 days of the filing date of this order. Failure to comply with this order may result in the imposition of additional sanctions on counsel as well as referral of this judgment to the United States Attorney for collection.

05-10066

The court deems counsel Inos ineligible to receive further appellate appointments under the Criminal Justice Act. To effectuate counsel's removal from eligibility to receive appellate appointments under the Criminal Justice Act, the Clerk shall send a copy of this order to all Criminal Justice Act appointing authorities in this circuit:

1) Richard Curtner, Federal Public Defender, 601 West Fifth Avenue, Suite 800, Anchorage, Alaska 99501-2221,

2) Jon Sands, Federal Public Defender, 850 West Adams Street, Suite 201, Phoenix, Arizona 85007;

3) Sean K. Kennedy, Acting Federal Public Defender, 321 East Second Street, Los Angeles, California 90012-4206;

4) Daniel Broderick, Federal Public Defender, 801 I Street, 3rd Floor, Sacramento, California 95814;

5) Magistrate Judge Louisa S. Porter, U.S. District Court for the Southern District of California, 940 Front Street, Suite 1140, San Diego, California 92101-8925;

6) Barry Portman, Federal Public Defender, 450 Golden Gate Avenue, P.O. Box 36106, San Francisco, California 94102;

05-10066

7) Mary L. M. Moran, Clerk of Court, District Court of Guam, Office of the Clerk, 4th Floor, United States Courthouse, 520 W. Soledad Avenue, Hagatna, Guam 96910;

8) Magistrate Judge Barry M. Kurren, U.S. District Court for the District of Hawaii, P.O. Box 50122, Honolulu, Hawaii 96850;

9) Magistrate Judge Larry M. Boyle, U.S. District Court for the District of Idaho, 550 West Fort Street, Box 040, Boise, Idaho 83724;

10) Magistrate Judge Richard W. Anderson, U.S. District Court for the District of Montana, 5405 Federal Building, 316 North 26th Street, Billings, Montana 59101;

11) Frances A. Forsman, Federal Public Defender, 411 East Bonneville Avenue, Suite 250, Las Vegas, Nevada 89101;

12) Rosemary Damron, CJA Deputy Clerk, U.S. District Court for the District of Nevada, 400 S. Virginia Street, Room 301, Reno, Nevada 89501;

13) Judge Alex R. Munson, U.S. District Court for the District of Northern Mariana Islands, P.O. Box 500687, Saipan, MP 96950;

14) Steven T. Wax, Federal Public Defender, 101 S.W. Main Street, Suite 1700, Portland, Oregon, 97204;

05-10066

15) Thomas W. Hillier, II, Federal Public Defender, 1601 Fifth Avenue, Suite 700, Seattle, Washington 98101; and

16) Magistrate Judge Cynthia Imbrogno, U.S. District Court for the Eastern District of Washington, P.O. Box 263, Spokane, Washington 99210-0263.

The Clerk shall send a certified copy of this order to the Commonwealth of the Northern Marianas Islands Bar Association, Attn: Disciplinary Committee, P.O. Box 5032 CHRB, Saipan, MP 96950.

The Clerk shall serve by certified mail (return receipt requested) copies of this order on former counsel at P.O. Box 502017, Saipan, MP 96950, and on appellant individually through his current counsel, Danilo T. Aguilar, Esq. Attorney Aguilar shall serve a copy of this order on appellant and file proof of service with this court within 7 days of this order.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAY 2 6 2006

by: Deputy Clerk