UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUN 22 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 05-10066 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-04-00029-ARM |
| v. | District of the Northern Mariana Islands |
| JIN YONG HUANG, | |
| Defendant - Appellant. | ORDER |

FILED
Clerk
District Court
JUN 2 9 2006
For The Northern Mariana Islands
By_____
(Deputy Clerk)

The motion of Danilo T. Aguilar, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 82-83 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by August 2, 2006. On or before September 1, 2006, appellee shall file the answering brief or notify this court by letter that no answering brief will be filed. *See* 9th Cir. R. 31-2.3 (appellee's failure to file the answering brief or notify the court that no brief will be filed may result in the imposition of sanctions). If appellee files the

answering brief, the optional reply brief will be due within 14 days after service of the answering brief.

Counsel is reminded that a motion to withdraw as counsel of record and a brief filed pursuant to *Anders* must be accompanied by proof that counsel has served the motion and brief on appellant. *See* 9th Cir. R. 4-1(c)(6). Therefore, within 10 days of the filing date of this order, counsel shall provide appellant with a copy of this order and a copy of all filings in this case, and file proof of such service with this court showing appellant's registration number and address.

The clerk of the district court shall forward to this Court the clerk's record within 10 days of receipt of this order. *See* 9th Cir. R. 11-4.4.

The Clerk shall serve a copy of this order on counsel and on the appellant individually, at Jin Yong Huang, Reg. #00469-005, FCI Lompoc, 3600 Guard Road, Lompac, CA, 93436.

For the Court

Elizabeth Gazay
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A