UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JIN YONG HUANG,<br><br>　　　　Defendant - Appellant. | No. 05-10066<br><br>D.C. No. CR-04-00029-ARM<br>District of the Northern Mariana Islands<br><br>ORDER |

FILED
Clerk
District Court

AUG - 1 2006

For The Northern Mariana Islands
By_____
　　　(Deputy Clerk)

Before: Peter L. Shaw, Appellate Commissioner

　　　Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

　　　All pending motions are denied as moot.

　　　The Clerk shall also serve this order on appellant individually at Reg. No. 00469-005, Federal Correctional Institution (Lompoc), 3600 Guard Road, Lompoc, California 93436.

　　　The certified copy of this order sent to the district court shall constitute the mandate.

_Peter L. Shaw_
~~General Order 6.3(e)~~

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 26 2006

by_____
　　　Deputy Clerk

S:\MOATT\Cmshords\07.06\nw\05-10066a.wpd