F I L E D
Clerk
District Court

JUL 21 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

For The Northern Mariana Islands
By_____
(Deputy Clerk)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00029-002 |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF RELEASE OF EXHIBITS |
| JIN YONG HUANG, | ) | |
| Defendant. | ) | |

Office of the U.S. Attorney
3rd Floor Horiguchi Bldg.
Saipan, MP 96950

Perry Inos
P.O. Box 502017
Saipan, MP 96950

NOTICE is hereby given that the exhibits you offered and admitted in evidence at the jury trial of this case may be withdrawn within ten (10) days from the date of this notice. If exhibits are not withdrawn within forty (40) calendar days after date of this notice, the clerk may destroy them or make other disposition as the clerk sees fit, all pursuant to LR 79.1, Local Rules for the United States District Court for the Northern Mariana Islands.

Dated this  21st  day of  July , 2008

GALO L. PEREZ
Clerk of Court
U.S. District Court
Northern Mariana Islands

# EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| USA -vs YAN, Jin Shi and HUANG, Jin Yong | | | District Court　Northern Mariana Islands | |
| Government's Attorney<br>Jamie Bowers, AUSA | | Defendant's Attorneys<br>Joseph Camacho, Esq.<br>Perry Inos, Esq. | Docket Number: CR-04-00029 | |
| | | | Trial Date(s): September 20, 2004 | |
| Presiding Judge<br>Alex R. Munson, Chief Judge | | Court Reporter<br>Sanae Shmull | Courtroom Deputy<br>K. Lynn Lemieux | |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 09/20/04 | 09/20/04 | 09/20/04 | Video Tape (with audio) (FU Guo Yan with defendants) |
| 2 | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book - from Yan, Jin Shi |
| 3 | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book page (with Yu San Nan and "300") |
| 3A | | 09/20/04 | 09/20/04 | 09/20/04 | Translation of Ledger Page (ex.3) |
| 4 | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book page (with XU Yi Ming and "500") |
| 4A | | 09/20/04 | 09/20/04 | 09/20/04 | Translation of Ledger page (ex.4) |
| 5 | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book back cover (with Xu Yi Ming and phone #) |
| 5A | | 09/20/04 | 09/20/04 | 09/20/04 | Translation of back cover (ex. 5) |
| 6 | | 09/20/04 | 09/20/04 | 09/20/04 | Photo - red Honda |
| 7 | | 09/20/04 | 09/20/04 | 09/20/04 | Passport for YU Su Nan (from red Honda) |
| 8 | | 09/20/04 | 09/20/04 | 09/20/04 | CD ROM disk (with 2 phone recordings of YU Su Nan and YAN Jin Shi 7-12-04) |
| W1 | | 09/20/04 | | | FU, GUO YAN |
| 1A | | 09/20/04 | 09/20/04 | 09/20/04 | Transcript of audio portion of video tape |
| W2 | | 09/21/04 | | | YU, SU NAN |
| W3 | | 09/21/04 | | | XU, YI MING |
| W4 | | 09/21/04 | | | JOSEPH AUTHER |
| 8A | | 09/21/04 | 09/21/04 | 09/21/04 | Transcript of 1st phone conversation (exhibit 8) |
| 8B | | 09/21/04 | 09/21/04 | 09/21/04 | Transcript of 2nd phone conversation, before arrest of defendants (exhibit 8) |
| 9 | | 09/21/04 | 09/21/04 | 09/21/04 | Photo of Yan, Jin Shi |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.