```
                                                    F I L E D
                                                       Clerk
                                                   District Court

                                                   SEP - 2 2008

                                              For The Northern Mariana Islands
                                              By_____
                                                       (Deputy Clerk)
```

IN THE UNITED STATES DISTRICT
FOR THE
NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 04-00029-002 |
| | ) | |
| Plaintiff, | ) | |
| -v- | ) | NOTICE OF DESTRUCTION |
| | ) | OF EXHIBITS |
| JIN YONG HUANG, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Notice having been issued by the Clerk of Court to the attorneys of record to withdraw their exhibits filed with the court, and

The attorney of record having failed to withdraw such exhibits within 40 days allowed by LR 79.1.

The Clerk of Court or his designated deputy clerks have heretofore destroyed the exhibits enumerated in the attached Exhibit List in a manner the clerk saw fit.

Dated this 2nd day of September, 2008.

Galo L. Perez, Clerk of Court

By: _____
Chief Deputy Clerk

# EXHIBIT AND WITNESS LIST

| | | |
|---|---|---|
| USA -vs YAN, Jin Shi and HUANG, Jin Yong | | District Court   Northern Mariana Islands |
| **Government's Attorney**<br>Jamie Bowers, AUSA | **Defendant's Attorneys**<br>Joseph Camacho, Esq.<br>Perry Inos, Esq. | Docket Number: CR-04-00029<br>Trial Date(s): September 20, 2004 |
| **Presiding Judge**<br>Alex R. Munson, Chief Judge | **Court Reporter**<br>Sanae Shmull | **Courtroom Deputy**<br>K. Lynn Lemieux |

| GOV NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Video Tape (with audio) (FU Guo Yan with defendants) |
| 2 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book - from Yan, Jin Shi |
| 3 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book page (with Yu San Nan and "300") |
| 3A ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Translation of Ledger Page (ex.3) |
| 4 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book page (with XU Yi Ming and "500") |
| 4A ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Translation of Ledger page (ex.4) |
| 5 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Ledger book back cover (with Xu Yi Ming and phone #) |
| 5A ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Translation of back cover (ex. 5) |
| 6 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Photo - red Honda |
| 7 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Passport for YU Su Nan (from red Honda) |
| 8 ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | CD ROM disk (with 2 phone recordings of YU Su Nan and YAN Jin Shi 7-12-04) |
| W1 | | 09/20/04 | | | FU, GUO YAN |
| 1A ✓ | | 09/20/04 | 09/20/04 | 09/20/04 | Transcript of audio portion of video tape |
| W2 | | 09/21/04 | | | YU, SU NAN |
| W3 | | 09/21/04 | | | XU, YI MING |
| W4 | | 09/21/04 | | | JOSEPH AUTHER |
| 8A ✓ | | 09/21/04 | 09/21/04 | 09/21/04 | Transcript of 1st phone conversation (exhibit 8) |
| 8B ✓ | | 09/21/04 | 09/21/04 | 09/21/04 | Transcript of 2nd phone conversation, before arrest of defendants (exhibit 8) |
| 9 ✓ | | 09/21/04 | 09/21/04 | 09/21/04 | Photo of Yan, Jin Shi |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.